# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| SPENCER NEAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23-cv-00235-JDL |
| ) | |
| EDEN STREET TRUST, ) | |
| RICHARD C. ADE, TRUSTEE, ) | |
| ) | |
| Defendant. ) | |

## NOTIFICATION OF PENDING SETTLEMENT

Now comes Defendant Eden Street Trust and notifies the Court that the parties to the instant lawsuit have agreed to settle this action. Accordingly, Plaintiff Spencer Neal will not be responding to Defendant's Motion to Stay Proceedings with Incorporated Memorandum of Law and Defendant respectfully requests that the Court take no action on that Motion.

The parties are in the process of drafting and finalizing a Settlement Agreement to memorialize the terms of their settlement and expect to execute and file the papers necessary to terminate the action as of record within 30 days pursuant to D. Me. Loc. R. 41.1(a).

Respectfully submitted this November 1, 2023.

/s/ *Erik Peters*
Erik Peters, Bar No. 9188
Elizabeth T. Johnston, Bar No. 5806
Attorneys for Defendant Eden Street Trust, Richard C. Ade, Trustee

VERRILL DANA LLP
One Portland Square
Portland, ME 04101
(207) 774-4000
Epeters@verrill-law.com
Ejohnston@verrill-law.com

## CERTIFICATE OF SERVICE

I certify by my signature below that on November 1, 2023, I electronically filed the foregoing document using the CM/ECF system, which will send notification of same to all parties and/or counsel of record.

                                      /s/ *Erik Peters*
                                      Erik Peters